IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES HARVEST DAVIS                                                    PETITIONER

v.                         NO. 5:06CV00119 GH

LARRY NORRIS, Director of the                                            RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Larry Norris.

IT IS SO ORDERED this 18th day of October, 2006.

*George Howard, Jr.*

_____
UNITED STATES DISTRICT JUDGE